

# Fourth Court of Appeals

## San Antonio, Texas

### JUDGMENT

No. 04-12-00436-CR

Oscar **MATA-GUEVARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-7347
The Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 30, 2013.

Marialyn Barnard, Justice